FILED

2015 NOV 20 PM 4:24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Julio Cesar Ponce-Ybarra DEFENDANT(S). | CASE NUMBER 15 MJ-2252 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing
is set for _Nov._, _29_, at _2:00pm_ ☐ a.m. / ☐ p.m. before the
Honorable _Eick_, in Courtroom _20_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: _11/20/15_           _____
                            U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                            Page 1 of 1